No. 01-14-00620-CR

In The
County of Criminal Appeals
Austin, Tx

FILED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

Broderick Renalda French

vs.

The State of Texas

From Appeal No. 01-14-00620-CR
Trial Cause No. 1394253
Harris          County, Texas

First Motion For Extension of Time to File
Petition For Discretionary Review

To the Honorable Judges of the Court of Criminal Appeals:

Comes now Broderick Renalda French, Petitioner, and files this Motion for an Extension of Sixty (60) days in which to file a Petition for Discretionary Review. In support of this Motion, appellant Shows the Court the following:

The present deadline for filing the Petition for Descretionary Review is 7-30-2015. The Petitioner has not requested any extension prior to this request.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 01-14-00620-CR to 9-30-2015.
B.F.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

Petitioner, Pro Se
Texas Department of Criminal Justice
Gist          Unit
TDCJ #: 1942311
3295 Fm 3514
Beaumont          , Texas 77705

## Inmates Unsworn Declaration

I, Broderick Renalda French, TDCJ #1942311, being presently incarcerated at the Gist Unit of The Texas Department of Criminal Justice in Jefferson County, TX., Verify and Declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 18 day of July 20 15.

Petitioner Pro, Se

TDCJ #: 1942311